*George C. Martin,* for the motion.

---

The State. of Florida and the County of St. Johns, Appellants, v. William H. Beardsley, et al., as Executors, etc., Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of St. Johns.

Appeal dismissed on motion of counsel for Appellants.

*G. W. Bassett, Jr.,* for the motion.

---

Henry Powell, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Leon.

Writ of Error dismissed on motion of counsel for Plaintiff in Error, the Plaintiff in Error having died.

*W. J. Oven* and *W. C. Hodges,* for Plaintiff in Error.